UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          )          Case No. 3:04-bk-06869-JAF

DEBORAH A. DENIKE,                              )          Chapter 7

     Debtor.                                   )

**TRUSTEE'S MOTION TO EXTEND TIME FOR TRUSTEE**
**TO FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Gordon P. Jones, trustee, moves the Court for the entry of an order granting him an extension of time to file a complaint objecting to the debtor's discharge, and in support says:

1. The deadline for objecting to the debtor's discharge is currently October 4, 2004.

2. The trustee seeks an extension of time for the trustee to file a complaint objecting to the debtor's discharge to and including November 2, 2004.

WHEREFORE, trustee respectfully requests the Court to enter an order granting the trustee an extension of time to and including November 2, 2004 to file a complaint objecting to the debtor's discharge.

SMITH HULSEY & BUSEY

By   */s/ Raymond R. Magley*
     Raymond R. Magley

Florida Bar Number 0511056
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorney for Trustee

Certificate of Service

I certify that a copy of the foregoing has been furnished by first-class, United States mail to **Deborah Ann DeNike,** 256 S.W. Deanna Terrace, Lake City, FL 32025; **D. Todd Doss,** 725 SE Baya Drive, Suite 102, Lake City, FL 32025; **Robert J. Perry, Jr.**, Held & Israel, 1301 Riverplace Blvd., Suite 1916, Jacksonville, Florida 32207; **Gordon P. Jones, Trustee**, P.O. Box 600459, Jacksonville, FL 32260-0459; and by CM/ECF electronic notice to the **United States Trustee**, dated this 4th day of October, 2004.

                                                    */s/ Raymond R. Magley*
                                                         Attorney

00474103