UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:04-bk-06869-JAF
Chapter 7

Deborah Ann DeNike

_____Debtor(s)_____/

## ORDER DIRECTING RESPONSE TO MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE AND/OR TO EXCEPT A DEBT FROM DISCHARGE

Upon consideration of the motion by Susan Katz to extend time to file a complaint objecting to discharge and/or to except a debt from discharge pursuant 11 U.S.C. § 523 and/or §727, and Fed. R. Bank. P. 4004(b), the Court finds:

1. That the motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. That debtor is entitled to reasonable notice and opportunity for hearing as to the motion. Fed. R. Bank. P. 9014.

It is ORDERED that debtor is directed to file a written response to the motion within fifteen (15) days. If a timely response is not filed, the Court will consider the motion ex parte and enter an appropriate order without further notice or hearing.

Dated October 4, 2004.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties