UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:04-bk-06869-JAF

In re:

DEBORAH ANN DeNIKE,

      Debtor.

_____

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO OBJECT TO
DISCHARGE OR DISCHARGEABILITY OF THE DEBT

THIS CASE is before the Court on a Motion for Extension of Time to Objection to Discharge or Dischargeability of a Debt filed by Susan Katz. After a hearing on November 24, 2004, at which the Debtor was present and represented and Susan Katz was represented, it is

ORDERED:

1. Susan Katz's Motion for Extension of Time to Objection to Discharge or Dischargeability of a Debt is GRANTED.

2. The time for Susan Katz to file a complaint objecting to the Debtor's Discharge or Dischargeability of a Debt is enlarged to and includes December 31, 2004.

DATED this 24 day of November, 2004, at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:

Robert J. Perry, Jr., Esquire
Held & Israel
1301 Riverplace Blvd., Suite 1916
Jacksonville, Florida 32207

Deborah Ann DeNike
256 SW Deanna Terrace
Lake City, Florida 32025
(the Debtor at the address listed in her Petition)

D. Todd Doss, Esquire
Hunt & Doss
725 S.E. Baya Drive, Suite 102
Lake City, Florida 32025
(Debtor's attorney of record)

Gordon P. Jones, Esquire, Trustee
P.O. Box 600459
Jacksonville, Florida 32260-0459
(Chapter 7 Trustee)

Raymond R. Magley, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(Trustee's Attorney)

Office of the Assistant U.S. Trustee
Room 620, 135 W. Central Blvd.
Orlando, Florida 32801

Rjp\denike-order extend time.npg