UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                               CASE NO.: 04-6869-3F7

**DEBORAH ANN DENIKE,**

     **Debtor.**

_____/

## ORDER VACATING ORDER GRANTING KATZ'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF THE DEBT, DENYING KATZ'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE OR DISCHARGEABLITY OF THE DEBT, VACATING ORDER GRANTING KATZ'S MOTION FOR 2004 EXAMINATION, SUSTAINING DEBTOR'S OBJECTION TO KATZ'S MOTION FOR RULE 2004 EXAMINATION, DENYING AS MOOT DEBTOR'S MOTION FOR PROTECTIVE ORDER AS TO KATZ'S MOTION FOR 2004 EXAMINATION, OVERRULING AS MOOT DEBTOR'S OBJECTION TO KATZ'S SUBPOENA FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS, AND DENYING AS MOOT DEBTOR'S ORAL MOTION FOR EXTENSION OF TIME TO PRODUCE CERTAIN DOCUMENTS

Upon Findings of Fact and Conclusions of Law separately entered, it is

**ORDERED:**

1. Order Granting Katz's Motion to Extend Time to Object to Discharge or Dischargeability of the Debt is vacated.

2. Katz's Motion to Extend Time to Object to Discharge or Dischargeability is denied.

3. Debtor's Motion to Vacate Order Granting Katz's Motion for 2004 Examination is granted.

4. Debtor's Objection to Katz's Motion for Rule 2004 Examination is sustained.

5. Debtor's Motion for Protective Order as to Katz's Motion for Rule 2004 Examination is denied as moot.

6. Debtor's Objection to Katz's Subpoena for Rule 2004 Examination and Production of Documents is overruled as moot.

7. Debtor's oral motion for extension of time to produce certain documents is denied as moot.

**DATED** January 5, 2005 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

D. Todd Doss, Attorney for Debtor
Robert J. Perry, Attorney for Susan Katz